| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
December 21, 2017
David J. Bradley, Clerk

Miguel Pantoja, §
§
 Plaintiff, §
§
versus § Civil Action H-16-3527
§
Allstate Vehicle and Property §
Insurance Company, §
§
 Defendant. §

# Order Staying Case

1. This case is stayed in favor of mediation.

2. By February 22, 2018, the parties will jointly report the status of the case.

Signed on December 19, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge